IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN RYAN OSWALD,

                                                                                      ORDER

                Plaintiff,

                                                                    08-cv-743-bbc

      v.

EXPERIAN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The parties have notified the court in writing that a settlement agreement has been signed in this case.  Therefore, this case will be closed.

ORDER

IT IS ORDERED that this case is DISMISSED.

Entered this 17th day of July, 2009.

                                       BY THE COURT:

                                       */s/ Barbara B. Crabb*

                                       BARBARA B. CRABB
                                       District Judge

1